995 A.2d 349

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**John D. AU, Respondent.**

Supreme Court of Pennsylvania.

May 28, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of May, 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Does asking the occupants of a parked vehicle for their identification constitute an investigative detention for which reasonable suspicion is required?

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.